United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2166

_____

| | |
|---|---|
| Gary Fountain, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Stone Container, Inc.; United | * Eastern District of Arkansas. |
| Paperworkers International Union, | * |
| | * [UNPUBLISHED] |
| Appellees. | * |

_____

Submitted: February 13, 1998
Filed: March 2, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Gary Fountain appeals the district court's[1] adverse grant of summary judgment on his claims that his union breached its duty of fair representation and his employer breached a collective bargaining agreement. After a careful review of the record and the parties' submissions on appeal, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B. We also grant appellees' joint motion to strike portions of the joint appendix.

_____

[1]The Honorable Elsijane Trimble Roy, United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.